GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
CHONG-HO CHUNG
Arizona State Bar No. 27730
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.owen@usdoj.gov
Email: chong-ho.chung@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

JUL 16 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Larry Johnson,<br>  a.k.a. "LJ"<br>  (Counts 1 – 3)<br><br>2. John McMurray,<br>  (Count 1)<br><br>3. Mark Brummet,<br>  (Count 1)<br><br>4. Joseph Richardson,<br>  (Count 1)<br><br>5. David Neubert,<br>  (Count 1)<br><br>6. Guy Volf,<br>  (Count 1)<br><br>7. Jose Ramos,<br>  a.k.a. "Smiley"<br>  (Count 1) | No. CR-24-8072-PCT-JJT (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession and/or Transfer of a Machinegun)<br>Counts 2 – 3<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881;<br>26 U.S.C. § 5872; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

|   |                                               |
|---|-----------------------------------------------|
| 8. | Joseph Banas,<br>a.k.a. "Rock"<br>(Count 1) |
| 9. | Eric Dalton, and,<br>a.k.a. "Crypto"<br>(Count 1) |
| 10. | Christopher Ferguson,<br>a.k.a. "Koa"<br>(Count 1) |
|   | Defendants. |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about May 5, 2023, to July 16, 2024, within the District of Arizona and elsewhere, Defendants LARRY JOHNSON, JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, CHRISTOPHER FERGUSON, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together to commit offenses against the United States, that is: to knowingly possess and transfer machinegun conversion devices (MCDs), that are, a part which is designed and intended solely and exclusively for use in converting a weapon into a machinegun, and therefore considered a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to knowingly possess and transfer MCDs among the members of the conspiracy.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants LARRY JOHNSON, JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, CHRISTOPHER FERGUSON, and co-conspirators to carry out the conspiracy and effect its unlawful

objects are as follows:

It was part of the conspiracy that Defendant LARRY JOHNSON would manufacture different models of MCDs in the District of Arizona with the knowledge and intention of distributing them to JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, CHRISTOPHER FERGUSON, and co-conspirators.

It was a further part of the conspiracy that Defendants LARRY JOHNSON, JOSEPH RICHARDSON and JOSEPH BANAS would sell the MCDs on behalf of Defendant LARRY JOHNSON.

It was a further part of the conspiracy that Defendants LARRY JOHNSON, JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, CHRISTOPHER FERGUSON would possess the MCDs.

It was a further part of the conspiracy that Defendants LARRY JOHNSON, JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, CHRISTOPHER FERGUSON would attach the MCDs to their firearms.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

a. Between on or about May 5, 2023, and July 16, 2024, Defendant LARRY JOHNSON manufactured approximately 1000 MCDs using a 3D printer in Seligman, Arizona.

b. Between on or about February 5, 2024, and March 14, 2024, Defendants LARRY JOHNSON and MARK BRUMMET tested the MCDs to ensure they operated properly.

c. Between on or about May 5, 2023, and July 16, 2024, Defendant LARRY JOHNSON transferred MCDs to Defendants JOHN MCMURRAY, MARK

BRUMMET, JOE RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, and CHRISTOPHER FERGUSON.

    d. Between on or about February 5, 2024, and July 16, 2024, Defendant LARRY JOHNSON assisted Defendant's MARK BRUMMET and JOSE RAMOS with installing the MCDs on their firearms.

    e. Between on or about May 5, 2023, and July 16, 2024, Defendants LARRY JOHNSON, JOHN MCMURRAY, MARK BRUMMET, JOSEPH RICHARDSON, DAVID NEUBERT, GUY VOLF, JOSE RAMOS, JOSEPH BANAS, ERIC DALTON, and CHRISTOPHER FERGUSON attached the MCDs to their firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about February 2, 2024, in the District of Arizona, Defendant LARRY JOHNSON did knowingly possess and transfer twenty (20) machineguns, that are, a part commonly known as a "Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On or about March 14, 2024, in the District of Arizona, Defendant LARRY JOHNSON did knowingly possess and transfer twenty-three (23) machineguns, that are, a part commonly known as a "Switch" or "Sear," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1–3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 26 U.S.C. §

5872, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

    (1)    Twenty (20) Machinegun Conversion Devices seized on February 2, 2024; and,

    (2)    Twenty-Three (23) Machinegun Conversion Devices seized on March 14, 2024.

If any forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

///

///

///

///

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/

_____
FOREPERSON OF THE GRAND JURY
Date: July 16, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
_____
ADDISON OWEN
CHONG-HO CHUNG
Assistant U.S. Attorneys